AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAJESHKUMAR KHATRI dba SURESTAY BY BEST WESTERN CASTRO VALLEY,<br><br>　　　　Defendant. | CASE NO. 3:24-cv-01671-SK<br><u>Civil Rights</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff PAUL SPECTOR ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice.  Plaintiff is dismissing this action because this matter has settled.  Plaintiff requests this dismissal be entered with prejudice.

Date: July 16, 2024　　　　　　　　　　　　　　　REIN & CLEFTON


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aaron M. Clefton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　By AARON M. CLEFTON, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL SPECTOR

1

NOTICE OF VOLUNTARY DISMISSAL
CASE NO3:24-cv-01617-SK